```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
In re:                                                      Case No. 17-03426-HWV
Rolf E. Zwahlen                                             Chapter 7
Margaretha H. Zwahlen
       Debtors                       CERTIFICATE OF NOTICE
District/off: 0314-1        User: LyndseyPr        Page 1 of 2        Date Rcvd: Oct 06, 2017
                            Form ID: pdf010        Total Noticed: 30
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 08, 2017.
```
4958706        +AT&T,   4920 Jonestown Road,   Harrisburg, PA 17109-1703
4958705         American Express,    P.O. Box 297879,   Fort Lauderdale, FL 33329-7879
4958708       ++BANK OF AMERICA,    PO BOX 982238,   EL PASO TX 79998-2238
               (address filed with court: Bank of America,    P.O. Box 982236,    El Paso, TX 79998-2236)
4958707         Bank of America,    P.O. Box 31785,   Tampa, FL 33631-3785
4958709         Chase,   Amazon Prime,   P.O. Box 15123,   Wilmington, DE 19850-5123
4958710        +Citi Bank,   Best Buy Credit Services,    P.O. Box 790441,   Saint Louis, MO 63179-0441
4958711         Citi Cards,   Home Depot,   P.O. Box 790345,   Saint Louis, MO 63179-0345
4958712         Comenity Bank,   New York & Company,    P.O. Box 182125,   Columbus, OH 43218-2125
4958713         Comenity Bank,   Loft,   P.O. Box 182125,   Columbus, OH 43218-2125
4958714        +Comenity Capital Bank,    PayPal Credit,   P.O. Box 5138,   Timonium, MD 21094-5138
4958715         Comenity Capital Bank,    P.O. Box 183043,   Columbus, OH 43218-3043
4958716         Great Lakes,   P.O. Box 7860,   Madison, WI 53707-7860
4958717        +Isreal Discount Bank,    Greensky,   P.O. Box 29429,   Atlanta, GA 30359-0429
4958719         MSHMC Physicians Group,    Billing Services,   P.O. Box 854,   Hershey, PA 17033-0854
4958718         Macy's American Express,    P.O. Box 8052,   Mason, OH 45040-8052
4958722         PS Milton S. Hershey Medical Center,    Patient Financial Svcs Dept.,   P.O. Box 854, MC A410,
                 Hershey, PA 17033-0854
4958723         Quest Diagnostics,    P.O. Box 740775,   Cincinnati, OH 45274-0775
4958724         Santander Bank,    Mail Code: 10-421-CN2,   P.O. Box 12646,   Reading, PA 19612-2646
4958725        +Santander Bank Mastercard,    P.O. Box 841002,   Boston, MA 02284-1002
4958726        +Santander Bank Visa,    P.O. Box 841002,   Boston, MA 02284-1002
4971046        +Santander Bank, N.A.,    601 Penn Street,   10-6438-FB7,   Reading, PA 19601-3544
4958727         Santander Bank, N.A.,    Mail Code 10-421-CN2,   P.O. Box 12646,   Reading, PA 19612-2646
4958728        +Select Physical Therapy,    400 Technology Drive,   Suite 240,   Canonsburg, PA 15317-9575
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4958704        +E-mail/Text: ally@ebn.phinsolutions.com Oct 06 2017 18:50:21     Ally Auto,   P.O. Box 380901,
                 Minneapolis, MN 55438-0901
4958720         E-mail/Text: electronicbkydocs@nelnet.net Oct 06 2017 18:50:34     Nelnet,   Claims,
                P.O. Box 82505,   Lincoln, NE 68501-2505
4959227        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 06 2017 18:59:37
                PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
4958721        +E-mail/Text: schesek@pinnaclehealth.org Oct 06 2017 18:50:27     Pinnacle Health Hospital,
                P.O. Box 2353,   Harrisburg, PA 17105-2353
4958729         E-mail/PDF: gecsedi@recoverycorp.com Oct 06 2017 18:53:59     Synchrony Bank,   AEO, Inc.,
                P.O. Box 965004,   Orlando, FL 32896-5004
4958731         E-mail/PDF: gecsedi@recoverycorp.com Oct 06 2017 18:54:11     Synchrony Bank,   Carecredit,
                P.O. Box 965033,   Orlando, FL 32896-5033
4958730         E-mail/PDF: gecsedi@recoverycorp.com Oct 06 2017 18:53:48     Synchrony Bank,   Amazon.com,
                P.O. Box 965013,   Orlando, FL 32896-5013
                                                                                              TOTAL: 7
```

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 08, 2017                                  Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 5, 2017 at the address(es) listed below:

```
          Anthony Todd McBeth    on behalf of Joint Debtor Margaretha H. Zwahlen atmlaw1@verizon.net
          Anthony Todd McBeth    on behalf of Debtor Rolf E. Zwahlen atmlaw1@verizon.net
          James   Warmbrodt     on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
          Leon P. Haller (Trustee)    lhaller@pkh.com, lrynard@pkh.com;lhaller@ecf.epiqsystems.com
          Thomas A. Capehart    on behalf of Creditor    Santander Bank, N.A. c/o Thomas A. Capehart, Esquire
           jkacsur@grossmcginley.com,  ehutchinson@grossmcginley.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 6
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| ROLF E. ZWAHLEN and | : | CASE NO. 1:17-bk-03426-HWV |
| MARGARETHA H. ZWAHLEN, | : | |
| | : | |
| Debtors | : | |
| | : | |
| ANDREW R. VARA | : | |
| ACTING UNITED STATES TRUSTEE, | : | |
| | : | |
| Movant | : | |
| | : | |
| vs. | : | |
| | : | |
| ROLF E. ZWAHLEN and | : | |
| MARGARETHA H. ZWAHLEN, | : | |
| | : | |
| Respondents | : | |

## STATEMENT AND NOTICE OF PRESUMED ABUSE

As required by 11 U.S.C. § 704(b)(1)(A), the United States Trustee has reviewed the materials filed by the Debtors. Having considered these materials in reference to the criteria set forth in 11 U.S.C. § 707(b)(2)(A), and pursuant to 11 U.S.C. § 704(b)(2), the United States Trustee has determined that: (1) the Debtors' case should be presumed to be an abuse under 11 U.S.C. § 707(b); and (2) the product of the Debtors' current monthly income, multiplied by 12, is not less than the requirements specified in 11 U.S.C. §§ 704(b)(2)(A) or (B).

As required by 11 U.S.C. § 704(b)(2) the United States Trustee shall, not later than 30 days after the date of the filing of this Statement, either file a motion to dismiss or convert under 11 U.S.C. § 707(b) or file a statement setting forth the reasons the United States Trustee does not consider such a motion to be appropriate. Debtors may rebut the presumption of abuse only if special circumstances can be demonstrated as set forth in 11 U.S.C. § 707(b)(2)(B).

Respectfully submitted,

ANDREW R. VARA
ACTING UNITED STATES TRUSTEE

Anne K. Fiorenza
Assistant United States Trustee

By: /s/ Gregory B. Schiller
Gregory B. Schiller, Esq.
Trial Attorney
United States Department of Justice
Office of the United States Trustee
Middle District of Pennsylvania
228 Walnut Street, Suite 1190
Harrisburg, PA 17101
Tel. (717) 221-4515
Fax (717) 221-4554
Email: Gregory.B.Schiller@usdoj.gov

Dated: October 5, 2017