```
                             United States Bankruptcy Court
                              Middle District of Pennsylvania
```

In re:                                                              Case No. 17-03426-HWV
Rolf E. Zwahlen                                                     Chapter 7
Margaretha H. Zwahlen
        Debtors
                              # CERTIFICATE OF NOTICE

District/off: 0314-1          User: PRadginsk             Page 1 of 1            Date Rcvd: Nov 07, 2017
                              Form ID: nthrgreq           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 09, 2017.
db/jdb         +Rolf E. Zwahlen,    Margaretha H. Zwahlen,    6474 Heatherfield Way,    Harrisburg, PA 17112-3211

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 09, 2017                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 7, 2017 at the address(es) listed below:
              Anthony Todd McBeth    on behalf of Debtor 2 Margaretha H. Zwahlen atmlaw1@verizon.net
              Anthony Todd McBeth    on behalf of Debtor 1 Rolf E. Zwahlen atmlaw1@verizon.net
              Gregory Benjamin Schiller    on behalf of Asst. U.S. Trustee    United States Trustee
               Gregory.B.Schiller@usdoj.gov, ustpregion03.ha.ecf@usdoj.gov
              James Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              Leon P. Haller (Trustee)   lhaller@pkh.com,    lrynard@pkh.com;lhaller@ecf.epiqsystems.com
              Thomas A. Capehart    on behalf of Creditor    Santander Bank, N.A. c/o Thomas A. Capehart, Esquire
               jkacsur@grossmcginley.com, ehutchinson@grossmcginley.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                               TOTAL: 7

nthrgreq(02/13)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Rolf E. Zwahlen
Margaretha H. Zwahlen
**Debtor(s)**

Chapter: 7

Case number: 1:17−bk−03426−HWV

Document Number: 30

Matter: Motion to Dismiss

ANDREW R. VARA
ACTING UNITED STATES TRUSTEE
**Movant(s)**

vs.

ROLF E. ZWAHLEN and MARGARETHA H. ZWAHLEN
**Respondent(s)**

## Notice

Notice is hereby given that:

This Bankruptcy Petition was filed on August 18, 2017.

A hearing on the above referenced matter has been scheduled for:

| **United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101** | **Date: December 6, 2017** <br> **Time: 09:30 AM** |
|---|---|

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** <br> U.S. Bankruptcy Court <br> Ronald Reagan Federal Building <br> 228 Walnut St, Rm 320 <br> Harrisburg, PA 17101−1737 <br> (717) 901−2800 | **For the Court:** <br> Terrence S. Miller <br> Clerk of the Bankruptcy Court: <br> By: PRadginsk, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: November 7, 2017 |