```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                          Case No. 17-03426-HWV
Rolf E. Zwahlen                                                 Chapter 7
Margaretha H. Zwahlen
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1          User: LyndseyPr          Page 1 of 1          Date Rcvd: Feb 06, 2018
                              Form ID: pdf010          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 08, 2018.
db/jdb         +Rolf E. Zwahlen,    Margaretha H. Zwahlen,    6474 Heatherfield Way,    Harrisburg, PA 17112-3211

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 08, 2018                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 6, 2018 at the address(es) listed below:
              Anthony Todd McBeth    on behalf of Debtor 2 Margaretha H. Zwahlen atmlaw1@verizon.net
              Anthony Todd McBeth    on behalf of Debtor 1 Rolf E. Zwahlen atmlaw1@verizon.net
              Gregory Benjamin Schiller    on behalf of Asst. U.S. Trustee    United States Trustee
               Gregory.B.Schiller@usdoj.gov, ustpregion03.ha.ecf@usdoj.gov
              James Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              Leon P. Haller (Trustee)    lhaller@pkh.com, lrynard@pkh.com;lhaller@ecf.epiqsystems.com
              Thomas A. Capehart    on behalf of Creditor    Santander Bank, N.A. c/o Thomas A. Capehart, Esquire
               jkacsur@grossmcginley.com, ehutchinson@grossmcginley.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 7

IN THE UNITED STATED BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| ROLF E. ZWAHLEN and | : | |
| MARGARETHA H. ZWAHLEN, | : | CASE NO. 1-17-03426 |
| Debtors | : | |

---

| | | |
|---|---|---|
| ANDREW R. VARA | : | |
| ACTING UNITED STATES TRUSTEE, | : | |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| ROLF E. ZWAHLEN and | : | |
| MARGARETHA H. ZWAHLEN, | : | |
| Respondents | : | |

## ORDER

Upon consideration of the Debtors' Motion to Continue the hearing on the United States Trustee's Motion to Dismiss and the record revealing that the United States Trustee does not oppose the request, it is hereby ORDERED that the hearing, currently scheduled for February 6, 2018 at 9:30 A.M. in the United States Bankruptcy Court for the Middle District of Pennsylvania, Third and Walnut Streets, Bankruptcy Courtroom (Third Floor), Ronald Reagan Federal Building, Harrisburg, Pennsylvania has been continued to April 3, 2018 at 9:30 A.M.

Dated: February 05, 2018

By the Court,

_Henry W. Van Eck_
Henry W. Van Eck, Bankruptcy Judge

(KB)