IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 7
   ROLF E. ZWAHLEN and :
   MARGARETHA H. ZWAHLEN, : CASE NO. 1-17-03426
      Debtors :

## NOTICE

The Debtor filed a Motion to Dismiss Chapter 7 Case on August 20, 2018.

If you object to the relief requested, you must file your objection/response on or before September 10, 2018 with the Clerk of Bankruptcy Court, US Bankruptcy Court, Ronald Reagan Federal Building, 228 Walnut Street, Room 320, Harrisburg, PA 17101 and serve a copy on the Debtor and Debtor's attorney, if one is designated.

If you file and serve an objection/response within the time permitted, a hearing will be held on **September 18, 2018 at 9:30 A.M. in the Bankruptcy Courtroom, Third Floor of the Ronald Regan Federal Building, 228 Walnut Street, Harrisburg, PA 17101**. If you do not file an objection within the time permitted, the Court will deem the motion unopposed and proceed to consider the motion without further notice or hearing, and may grant the relief requested.

Dated: August 20, 2018                        Anthony T. McBeth, Esq.
                                                                  Attorney for Debtors
                                                                  4705 Duke Street
                                                                  Harrisburg, PA 17109
                                                                  (717) 238-3686
                                                                  atmlaw1@verizon.net
                                                                  Supreme Court I.D. #53729