IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 7
   ROLF E. ZWAHLEN and :
   MARGARETHA H. ZWAHLEN, : CASE NO. 1-17-03426
       Debtors :

## NOTICE

The Debtor filed a Motion to Dismiss Chapter 7 Case on August 20, 2018.

If you object to the relief requested, you must file your objection/response on or before September 10, 2018 with the Clerk of Bankruptcy Court, US Bankruptcy Court, Ronald Reagan Federal Building, 228 Walnut Street, Room 320, Harrisburg, PA 17101 and serve a copy on the Debtor and Debtor's attorney, if one is designated.

A hearing has been scheduled for **September 18, 2018 at 9:30 A.M. in the Bankruptcy Courtroom, Third Floor of the Ronald Regan Federal Building, 228 Walnut Street, Harrisburg, PA 17101** and will be held regardless of any objections or responses having been filed.

Dated: August 22, 2018

Anthony T. McBeth, Esq.
Attorney for Debtors
4705 Duke Street
Harrisburg, PA 17109
(717) 238-3686
atmlaw1@verizon.net
Supreme Court I.D. #53729

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 7
    ROLF E. ZWAHLEN and :
    MARGARETHA H. ZWAHLEN, : CASE NO. 1-17-03426
        Debtors :

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the Motion to Dismiss Chapter 13 Case and Amended Notice, was served on all creditors listed on the attached creditor matrix by placing a copy of same in first class, United States mail, postage prepaid on August 22, 2018, addressed as follows:

      See attached creditor matrix

Date: August 22, 2018

/s/ Melissa S. Myers
Melissa S. Myers, Assistant for
Anthony T. McBeth, Esquire

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0314-1<br>Case 1:17-bk-03426-HWV<br>Middle District of Pennsylvania<br>Harrisburg<br>Mon Aug 20 15:26:14 EDT 2018 | AT&T<br>4920 Jonestown Road<br>Harrisburg, PA 17109-1703 | Ally Auto<br>P.O. Box 380901<br>Minneapolis, MN 55438-0901 |
| Ally Bank<br>serviced by Ally Servicing LLC<br>PO Box 130424<br>Roseville, MN 55113-0004 | American Express<br>P.O. Box 297879<br>Fort Lauderdale, FL 33329-7879 | Bank of America<br>P.O. Box 31785<br>Tampa, FL 33631-3785 |
| (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 | Thomas A. Capehart<br>Gross McGinley LLP<br>33 South 7th Street<br>PO Box 4060<br>Allentown, PA 18105-4060 | Chase<br>Amazon Prime<br>P.O. Box 15123<br>Wilmington, DE 19850-5123 |
| Citi Bank<br>Best Buy Credit Services<br>P.O. Box 790441<br>Saint Louis, MO 63179-0441 | Citi Cards<br>Home Depot<br>P.O. Box 790345<br>Saint Louis, MO 63179-0345 | Comenity Bank<br>Loft<br>P.O. Box 182125<br>Columbus, OH 43218-2125 |
| Comenity Bank<br>New York & Company<br>P.O. Box 182125<br>Columbus, OH 43218-2125 | Comenity Capital Bank<br>P.O. Box 183043<br>Columbus, OH 43218-3043 | Comenity Capital Bank<br>PayPal Credit<br>P.O. Box 5138<br>Timonium, MD 21094-5138 |
| Great Lakes<br>P.O. Box 7860<br>Madison, WI 53707-7860 | Leon P. Haller (Trustee)<br>Purcell, Krug and Haller<br>1719 North Front Street<br>Harrisburg, PA 17102-2392 | Isreal Discount Bank<br>Greensky<br>P.O. Box 29429<br>Atlanta, GA 30359-0429 |
| MSHMC Physicians Group<br>Billing Services<br>P.O. Box 854<br>Hershey, PA 17033-0854 | Macy's American Express<br>P.O. Box 8052<br>Mason, OH 45040-8052 | Anthony Todd McBeth<br>4705 Duke Street<br>Harrisburg, PA 17109-3041 |
| Nelnet<br>Claims<br>P.O. Box 82505<br>Lincoln, NE 68501-2505 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | PS Milton S. Hershey Medical Center<br>Patient Financial Svcs Dept.<br>P.O. Box 854, MC A410<br>Hershey, PA 17033-0854 |
| Pinnacle Health Hospital<br>P.O. Box 2353<br>Harrisburg, PA 17105-2353 | Quest Diagnostics<br>P.O. Box 740775<br>Cincinnati, OH 45274-0775 | Santander Bank<br>Mail Code: 10-421-CN2<br>P.O. Box 12646<br>Reading, PA 19612-2646 |
| Santander Bank Mastercard<br>P.O. Box 841002<br>Boston, MA 02284-1002 | Santander Bank Visa<br>P.O. Box 841002<br>Boston, MA 02284-1002 | Santander Bank, N.A.<br>601 Penn Street<br>10-6438-FB7<br>Reading, PA 19601-3563 |

Santander Bank, N.A.
Mail Code 10-421-CN2
P.O. Box 12646
Reading, PA 19612-2646

Santander Bank, N.A. c/o Thomas A. Capehart,
Gross McGinley, LLP
33 S. Seventh Street
P.O. Box 4060
Allentown, PA 18105-4060

Gregory Benjamin Schiller
US Department of Justice
Office of the US Trustee
228 Walnut Street, Room 1190
Harrisburg, PA 17101-1722

Select Physical Therapy
400 Technology Drive
Suite 240
Canonsburg, PA 15317-9575

Synchrony Bank
AEO, Inc.
P.O. Box 965004
Orlando, FL 32896-5004

Synchrony Bank
Amazon.com
P.O. Box 965013
Orlando, FL 32896-5013

Synchrony Bank
Carecredit
P.O. Box 965033
Orlando, FL 32896-5033

United States Trustee
228 Walnut Street, Suite 1190
Harrisburg, PA 17101-1722

James Warmbrodt
701 Market Street Suite 5000
Philadephia, PA 19106-1541

Margaretha H. Zwahlen
6474 Heatherfield Way
Harrisburg, PA 17112-3211

Rolf E. Zwahlen
6474 Heatherfield Way
Harrisburg, PA 17112-3211

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Bank of America
P.O. Box 982236
El Paso, TX 79998-2236

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)BANK OF AMERICA, N.A.

(d)PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

End of Label Matrix
Mailable recipients    40
Bypassed recipients     2
Total                  42