```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                          Case No. 17-03426-HWV
Rolf E. Zwahlen                                                 Chapter 7
Margaretha H. Zwahlen
         Debtors
                                CERTIFICATE OF NOTICE
District/off: 0314-1          User: LyndseyPr            Page 1 of 2          Date Rcvd: Sep 18, 2018
                              Form ID: pdf010            Total Noticed: 33


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 20, 2018.
db/jdb         +Rolf E. Zwahlen,    Margaretha H. Zwahlen,    6474 Heatherfield Way,    Harrisburg, PA 17112-3211
cr             +Santander Bank, N.A. c/o Thomas A. Capehart, Esqui,    Gross McGinley, LLP,
                 33 S. Seventh Street,    P.O. Box 4060,    Allentown, PA 18105-4060
4958706        +AT&T,    4920 Jonestown Road,    Harrisburg, PA 17109-1703
4958705         American Express,    P.O. Box 297879,    Fort Lauderdale, FL 33329-7879
4958708        ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: Bank of America,     P.O. Box 982236,    El Paso, TX 79998-2236)
4958707         Bank of America,    P.O. Box 31785,    Tampa, FL 33631-3785
4958709         Chase,   Amazon Prime,    P.O. Box 15123,    Wilmington, DE 19850-5123
4958710        +Citi Bank,    Best Buy Credit Services,    P.O. Box 790441,    Saint Louis, MO 63179-0441
4958711         Citi Cards,    Home Depot,    P.O. Box 790345,    Saint Louis, MO 63179-0345
4958716         Great Lakes,    P.O. Box 7860,    Madison, WI 53707-7860
4958717        +Isreal Discount Bank,    Greensky,    P.O. Box 29429,    Atlanta, GA 30359-0429
4958719         MSHMC Physicians Group,    Billing Services,    P.O. Box 854,    Hershey, PA 17033-0854
4958718         Macy’s American Express,    P.O. Box 8052,    Mason, OH 45040-8052
4958722         PS Milton S. Hershey Medical Center,    Patient Financial Svcs Dept.,    P.O. Box 854, MC A410,
                 Hershey, PA 17033-0854
4958723         Quest Diagnostics,    P.O. Box 740775,    Cincinnati, OH 45274-0775
4958724         Santander Bank,    Mail Code: 10-421-CN2,    P.O. Box 12646,    Reading, PA 19612-2646
4958725        +Santander Bank Mastercard,    P.O. Box 841002,    Boston, MA 02284-1002
4958726        +Santander Bank Visa,    P.O. Box 841002,    Boston, MA 02284-1002
4971046        +Santander Bank, N.A.,    601 Penn Street,    10-6438-FB7,    Reading, PA 19601-3563
4958727         Santander Bank, N.A.,    Mail Code 10-421-CN2,    P.O. Box 12646,    Reading, PA 19612-2646
4958728        +Select Physical Therapy,    400 Technology Drive,    Suite 240,    Canonsburg, PA 15317-9575

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/Text: ally@ebn.phinsolutions.com Sep 18 2018 18:55:47     Ally Bank,
                 serviced by Ally Servicing LLC,    PO Box 130424,    Roseville, MN 55113-0004
4958704        +E-mail/Text: ally@ebn.phinsolutions.com Sep 18 2018 18:55:47     Ally Auto,    P.O. Box 380901,
                 Minneapolis, MN 55438-0901
4958713         E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 18 2018 18:55:51     Comenity Bank,    Loft,
                 P.O. Box 182125,    Columbus, OH 43218-2125
4958712         E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 18 2018 18:55:52     Comenity Bank,
                 New York & Company,    P.O. Box 182125,    Columbus, OH 43218-2125
4958715         E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 18 2018 18:55:52     Comenity Capital Bank,
                 P.O. Box 183043,    Columbus, OH 43218-3043
4958714        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 18 2018 18:55:52     Comenity Capital Bank,
                 PayPal Credit,    P.O. Box 5138,    Timonium, MD 21094-5138
4958720         E-mail/Text: electronicbkydocs@nelnet.net Sep 18 2018 18:55:57     Nelnet,    Claims,
                 P.O. Box 82505,    Lincoln, NE 68501-2505
4959227        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 18 2018 19:02:00
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
4958721        +E-mail/Text: CDuffy@pinnaclehealth.org Sep 18 2018 18:55:51     Pinnacle Health Hospital,
                 P.O. Box 2353,    Harrisburg, PA 17105-2353
4958729         E-mail/PDF: gecsedi@recoverycorp.com Sep 18 2018 19:02:15     Synchrony Bank,    AEO, Inc.,
                 P.O. Box 965004,    Orlando, FL 32896-5004
4958731         E-mail/PDF: gecsedi@recoverycorp.com Sep 18 2018 19:02:15     Synchrony Bank,    Carecredit,
                 P.O. Box 965033,    Orlando, FL 32896-5033
4958730         E-mail/PDF: gecsedi@recoverycorp.com Sep 18 2018 19:02:00     Synchrony Bank,    Amazon.com,
                 P.O. Box 965013,    Orlando, FL 32896-5013
                                                                                             TOTAL: 12

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                 TOTALS: 0, * 1, ## 0

Addresses marked ‘+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked ‘++’ were redirected to the recipient’s preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2018                                      Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 18, 2018 at the address(es) listed below:
```
          Anthony Todd McBeth    on behalf of Debtor 2 Margaretha H. Zwahlen atmlaw1@verizon.net
          Anthony Todd McBeth    on behalf of Debtor 1 Rolf E. Zwahlen atmlaw1@verizon.net
          Gregory Benjamin Schiller    on behalf of Asst. U.S. Trustee    United States Trustee
           Gregory.B.Schiller@usdoj.gov, ustpregion03.ha.ecf@usdoj.gov
          James Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
          Leon P. Haller (Trustee)    lhaller@pkh.com, lrynard@pkh.com;lhaller@ecf.epiqsystems.com
          Thomas A. Capehart    on behalf of Creditor    Santander Bank, N.A. c/o Thomas A. Capehart, Esquire
           jkacsur@grossmcginley.com, ehutchinson@grossmcginley.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                          TOTAL: 7
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 7
   ROLF E. ZWAHLEN and :
   MARGARETHA H. ZWAHLEN, : CASE NO. 1-17-03426
       Debtors :

## ORDER

Upon Debtors' Motion to Dismiss Chapter 7 Pursuant to 11 U.S.C. §707(a), it is hereby ORDERED that the captioned case is dismissed.

Dated: September 18, 2018

By the Court,

_____
Henry W. Van Eck, Bankruptcy Judge (KB)